UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-01708-JLS-DFM                                         Date:  June 09, 2020
Title:  Lauren Wilcox v. Al Tayebat Market, Inc. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Terry Guerrero  |           N/A           |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                        Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: FAILURE TO FILE (1) FINAL PRETRIAL DOCUMENTS AND (2) JOINT REPORT ON OUTCOME OF ALTERNATE DISPUTE RESOULTION PROCEEDING**

     On July 23, 2019, the Court issued the Scheduling Order in this case, setting the Final Pretrial Conference for June 12, 2020, at 10:30 a.m.  (Doc. 28 at 2.)  Pursuant to the Court's Civil Trial Order and Local Rule 16-4, the parties were required to serve and file their Memoranda of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference.  (*See* C.D. Cal. R. 16-4; Civil Trial Order at 3, Doc. 29.)  Similarly, the parties were required to jointly file their Proposed Final Pretrial Conference Order no later than eleven (11) days before the Final Pretrial Conference.  (*See* C.D. Cal. R. 16-7; Civil Trial Order at 3.)  The Civil Trial Order expressly instructs that "[s]trict compliance with the requirements of . . . the Local Rules is mandatory."  (Civil Trial Order at 3.)  Although these documents were due by May 22, 2020 and June 1, 2020 respectively, the parties have not timely filed.

     Also on July 23, 2019, the Court referred this matter to alternate dispute resolution ("ADR").  (Doc. 30.)  That order stated that the ADR proceeding was to be completed by April 10, 2020.  (*Id*.)  It further provided that the parties were "to file a joint report no later than seven (7) days after the ADR proceeding regarding the progress of settlement discussions."  (*Id*.)  The parties have failed to file the joint report as directed, or otherwise apprise the Court of the status of this case  While the Court is mindful that COVID-19 restrictions may require scheduling modifications, it does not excuse the failure to file the required documents or to request a continuance if necessary.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 8:18-cv-01708-JLS-DFM | Date: June 09, 2020 |
| Title: Lauren Wilcox v. Al Tayebat Market, Inc. et al. | |

  Accordingly, the Final Pretrial Conference set for June 12, 2020, at 10:30 a.m. is VACATED. Further the parties are ORDERED to file a joint report regarding whether they completed the ADR proceeding and the status of settlement no later than **five (5) days after the date of this Order**. If the matter has not settled, the parties are ordered to file Memoranda of Contentions of Fact and Law and to jointly file their Proposed Final Pretrial Conference Order **no later than 21 days after the date of this order**. The filing of a stipulation notifying the Court that the parties have resolved this matter and dismissing this case shall be sufficient to discharge the parties' obligations hereunder.

                   Initials of Preparer: tg